UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-CV-60654-AUGUSTIN-BIRCH

**STEPHEN IRA BORUS FOX,**

    **Plaintiff,**

v.

**BANK OF AMERICA, CT
CORPORATION SYSTEM,**

    **Defendant.**

_____/

**REPORT AND RECOMMENDATION TO
DISMISS COMPLAINT WITHOUT PREJUDICE**

In an Order dated May 13, 2025, the Court granted Plaintiff Stephen Ira Borus Fox leave to proceed *in forma pauperis* and ordered him to file an Amended Complaint within 21 days. DE 9. The Court explained that the Complaint did not demonstrate that this Court has subject matter jurisdiction over this case and did not state a claim on which relief may be granted. *Id.* at 3. Plaintiff has not filed an Amended Complaint to date, and his deadline to do so has passed.

Accordingly, the Court recommends that the Complaint [DE 1] be dismissed without prejudice due to Plaintiff's failure to establish subject matter jurisdiction, failure to state a claim on which relief may be granted, and failure to comply with Court Order. The Court further recommends that this case be closed.

Within fourteen days after being served with a copy of this Report and Recommendation, any party may serve and file written objections to any of the above findings and recommendations. 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. R. 4(b). The parties are hereby notified that a failure to timely object waives the right to challenge on appeal the District Court's order based on

unobjected-to factual and legal conclusions contained in this Report and Recommendation. 11th Cir. R. 3-1.

**The Clerk of Court is directed to mail a copy of this Report and Recommendation to Plaintiff at the address listed below and to make a notation of such on the docket.**

**DONE AND SUBMITTED** in Chambers at Fort Lauderdale, Florida, this 23rd day of June, 2025.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE

Copy furnished to:
Stephen Ira Borus Fox
416 S.W. 9th St.
Apt. South
Hallandale Beach, FL 33009