UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60654-CIV-SMITH/AUGUSTIN-BIRCH

STEPHEN IRA BORUS FOX.,

    Plaintiff,

v.

BANK OF AMERICA, CT
CORPORATION SYSTEM,

    Defendant.
_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 15], recommending Plaintiff's Complaint be dismissed for failure to establish subject matter jurisdiction, failure to state a claim, and failure to comply with the Court's orders. No objections have been filed. Accordingly, having reviewed the Report and Recommendation, the record, and given that no objections have been filed, it is

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation to District Judge **[DE 15]** is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Complaint [DE 1] is **DISMISSED**.

3) All pending motions are **DENIED as MOOT**.

4) This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 18th day of July, 2025.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    All Counsel of Record