UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60654-CIV-SMITH/ AUGUSTIN-BIRCH

STEPHEN IRA BORUS FOX,

    Plaintiff,

v.

BANK OF AMERICA, CT
CORPORATION SYSTEM,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Report and Recommendation (the "Report") of the Honorable, Panayotta Augustin-Birch U.S. Magistrate Judge, on Plaintiff Stephen Ira Borus Fox's Motion to Reopen Case [DE 21] and Motion for Affidavit of Truth [DE 20] (collectively the "Motions"). In her thorough and well-reasoned Report, Judge Augustin-Birch recommends that both Motions be denied.  Plaintiff did not file objections to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with."  *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3).

The Court, having considered Judge Augustin-Birch's Report and having conducted a *de novo* review of the record, agrees with Judge Augustin-Birch's well-reasoned analysis and her recommendation that the Motions be denied.  Accordingly, it is

    **ORDERED** that:

    1)    The Report and Recommendation [DE 23] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

    2)    Plaintiff's Motion for Affidavit of Truth [DE 20] is **DENIED**.

3) Plaintiff's Motion to Reopen Case [DE 21] is **DENIED**.

4) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 18th day of February, 2026.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record